IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA (a subsidiary )<br>of CIGNA Corporation), )<br>)<br>Defendant. ) | Civil Action No. 04-288E<br><br>Judge Sean J. McLaughlin |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Arnold and defendant Life Insurance Company of North America, by their respective attorneys, stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

_____         _____
Brian Patrick Bronson (Pa. ID No. 89035)   William M. Hassan (Pa. ID No. 63436)
QUATRINI RAFFERTY GALLOWAY, P.C.          KLETT ROONEY LIEBER & SCHORLING
Underwood Center                          A Professional Corporation
550 East Pittsburgh Street                40th Floor, One Oxford Centre
Greensburg, PA  15601                     Pittsburgh, PA  15219-6498
(724) 837-0080                            (412) 392-2000

Attorneys for Plaintiff                   Attorneys for Defendant


AND NOW, this _____ day of _____ 2005, IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served upon the following by first class mail, postage prepaid, this 15th day of July 2005 addressed as follows:

> Brian Patrick Bronson, Esquire
> Quatrini Rafferty Galloway, P.C.
> Underwood Center
> 550 East Pittsburgh Street
> Greensburg, PA  15601

_____
William M. Hassan